David Pivtorak (State Bar #255943)
PIVTORAK LAW FIRM
180 Montgomery St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 484-3009
Fax: (877) 748-4529
email: pivtoraklaw@gmail.com

Attorney for Plaintiff,
Kevin E. Gilmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| KEVIN E. GILMORE, an individual,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>WELLS FARGO BANK, N.A., a national bank; NDEX WEST, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>　　　　Defendant(s). | Case No. C 14-02389 (KAW)<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

　　　　Pursuant to Fed. R. Civ. P. 65 and Civil L.R. 65-1, Plaintiff, KEVIN E. GILMORE ("Plaintiff"), hereby applies for an extension of the temporary restraining order, granted by the Superior Court of California, Alameda County, enjoining defendants WELLS FARGO BANK, N.A.; NDEX WEST, LLC; and DOES 1-10, and their agents, servants, and employees, and each of them, from commencing, continuing, maintaining, or conducting any action, including, but not limited to, trustee's sale or other foreclosure proceeding, or other proceeding of any kind, relating to plaintiff's home located at 955 Virginia St., Berkeley, CA 94710, APN # 058-2124-019; and an order to show cause why a preliminary injunction should not be granted enjoining

---
1
EX PARTE APPLICATION

said defendants and their agents, servants, and employees, and each of them, from performing or conducting the aforementioned act or acts, or any of them, during the pendency of this action.

Plaintiff further requests that no bond issue, as defendants will suffer no harm if the foreclosure is postponed given that defendants are fully secured as there is considerable equity in the property.

This application is made on the grounds that the commission, continuance or conducting of the aforementioned act or acts during the litigation would produce great or irreparable injury to plaintiff, the actions threatened by said defendants would be in violation of the rights of plaintiff, that the actions would render any judgment in this action ineffectual, and that great or irreparable injury will result to plaintiff before the matter can be heard on notice.

This application is based on the complaint filed herein, the declaration of David Pivtorak, the declaration of plaintiff, Kevin E. Gilmore, on the attached Memorandum of Points and Authorities, all other materials on file herein; and on such other and further matters as may be considered by the Court.

DATED: June 3, 2014     PIVTORAK LAW FIRM

By: /s/ David Pivtorak
Attorney for Plaintiff(s)
KEVIN E. GILMORE