David Pivtorak (State Bar #255943)
PIVTORAK LAW FIRM
180 Montgomery St., Suite 2000
San Francisco, CA 94104
Telephone: (415) 484-3009
Fax: (877) 748-4529
email: pivtoraklaw@gmail.com

Attorney for Plaintiff,
Kevin E. Gilmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| KEVIN E. GILMORE, an individual,<br><br>    Plaintiff(s),<br><br>    v.<br><br>WELLS FARGO BANK, N.A., a national bank; NDEX WEST, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>    Defendant(s). | Case No. C 14-02389 (KAW)<br><br>**DECLARATION OF KEVIN E. GILMORE** |

I, Kevin E. Gilmore, declare as follows:

1.  I am a plaintiff in this action and I submit this declaration in support of Plaintiff's *ex parte* application for a restraining order and order to show cause. The following statements are based on my personal knowledge and, if called as a witness, I would be competent to testify to the facts stated below.

2.  I reside with my family in a home located at 955 Virginia St., Berkeley, CA 94710 (the "Property"). I am a trustor under deeds of trust secured by my home in connection with a

_____1_____
Declaration

promissory note in the principal sum of $375,000, payable to World Savings Bank, FSB ("World Savings").

3. In or about 2007, I inherited the subject Property from my grandfather, Carl Lee Thomas, a Master Sergeant in the U.S. Army for over 40 years and a veteran of World War II.

4. I have resided in this home since I was a child.

5. On or about June 21, 2007, I took out the above-mentioned promissory note in order to make improvements on the Property.

6. I made payments on time every month to the best of my abilities.

7. Through a series of mergers and takeovers, the servicing of my loan was transferred from World Savings to Wachovia and finally to defendant, Wells Fargo.

8. These transfers within a period of months resulted in confusion as to who actually possessed my loan file. During this period of confusion, my servicers continuously asked me to provide proof of hazard insurance on the Property which I sent in several times. However, the haphazard way in which defendants transferred my loan resulted in them constantly "losing" my proof of insurance or in contradictory information as to where I should actually send in the documentation.

9. As a result, my servicer force-placed insurance on the Property even though I had my own coverage.

10. The bank's routine continued until finally in 2010, the stress of the financial burden of wrongfully placed insurance on top of my other financial obligations caused me to become delinquent on my loan.

11. I contacted the bank in order to rectify the situation and cure the delinquency on my loan.

12. During the latter part of 2011, I submitted loan modification applications to the bank countless times only to be told that my documents, for which I had obtained proof of receipt, were never received or that they were incomplete.

13. Wells Fargo also intentionally hampered my efforts to allow my family to stay in our home by claiming that the Property, which I had occupied since I was a child, was vacant.

14. Wells Fargo's conduct to thwart any kind of workout is the direct result of there being significant equity in the house which would result in a financial windfall to them should a foreclosure occur.

15. On or about March 21, 2012, Wells Fargo recorded and served a Notice of Default And Election to Sell ("NOD") the Property at a public auction.

16. In or about June 2013, Wells Fargo denied my loan modification application and informed me that I was not eligible for a loan modification due to excessive financial obligations.

17. In early 2014, there was a material change in my financial circumstances, including an increase in my income as well as a significant reduction in my financial obligations of nearly $1,000 per month.

18. Subsequently, I submitted a first lien loan modification application to Wells Fargo documenting these changes.

19. On or about March 24, 2014, I received a letter from Wells Fargo acknowledging the receipt of my loan modification application. A true and correct copy of the letter is attached as Exhibit A.

20. On or about April 21, 2014, I received another letter from Wells Fargo informing me that despite my loan being reviewed for a loan modification, a foreclosure sale of the Property was scheduled for May 19, 2014. A true and correct copy of the letter is attached as Exhibit B.

22. Wells Fargo has failed to develop an online portal that would allow me to check the status of my loan modification.

23. I am willing and able to make payments on this mortgage given a reasonable opportunity to do so. I had made several such payments to Wells Fargo in 2013 and simply want the chance to become current on my loan to allow my family to live there with peace of mind.

I declare, under the penalties for perjury, pursuant to the laws of the State of California and the United States, wherein this Declaration has been executed and which pertain to the proceeding in which this Declaration is offered, that the foregoing is true and correct of my own personal knowledge, and, if I was called to testify regarding these matters, I would testify as set forth herein.

DATE:  June 3, 2014

By: _____
KEVIN E. GILMORE

# EXHIBIT A

Wells Fargo Home Mortgage
Return Mail Services
PO Box 659558
San Antonio, TX 78265



03/24/14

1AB    03080/009933/007249 0047   2 AGRDEAHP269 512

KEVIN E GILMORE
955 VIRGINIA ST
BERKELEY, CA 94710-1850

### Account Information

| | |
|---|---|
| Online: | wellsfargo.com |
| Telephone: | 1-800-642-0257 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 8 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 5 p.m., CT |
| Loan number: | 0046432274 |
| Property address: | 955 Virginia St |
| | Berkeley CA 94710 |

Subject: Acknowledging receipt of your documentation supporting your request for mortgage assistance

Dear Kevin E Gilmore:

I'm writing to let you know I've received the documentation you sent us supporting your request for mortgage assistance. And thank you for responding to our request.

**What happens next**
We will review the documentation you've submitted. Please keep in mind, there may be additional documents required before we can determine if you're eligible for mortgage assistance. To find out what additional documents we may need from you:

- Refer to the initial package we sent you listing all required documentation, as well as any subsequent correspondence requesting additional documentation.
- Go to **wellsfargo.com/modification** to see what documents we may still need from you. (Please note: For certain loans, online assistance may not be available. If you receive an error message, please call us at 1-800-678-7986.)

**I'm here for you**
If you have any questions or need further assistance, please call the number listed below. A Home Preservation Specialist is available to assist you Monday - Friday 8 AM to 10 PM, and Saturday, 8 AM to 5 PM, Central Time at 1-877-371-9959.

Sincerely,

*Sarah Nuncio*

Sarah Nuncio
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 1-877-371-9962 ext. 84075
Fax: 1-800-313-0892

WFM307C

HP269 512
009933/007249 AGRDEA S2-ET-M1-C003




5120046432274HP269

| Account Information | |
|---|---|
| Loan number: | 0046432274 |
| Property address: | 955 Virginia St<br>Berkeley CA 94710 |

**Active Servicemembers**
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If either you have been called to active duty, or you are the spouse or financial dependant of a person who has been called to active duty, and you haven't yet made us aware of your status, please contact our Military Customer Service Center at 1-866-936-SCRA (1-866-936-7272) or fax your Active Duty Orders to 1-877-658-4585, attention Special Loans/SCRA.

**Get free counseling to help manage expenses and avoid foreclosure.**
Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to **www.hud.gov/offices/hsg/sfh/hcc/fc**. Or call **1-800-569-4287** (TDD 1-800-877-8339). You can also call the HOPE Hotline at **1-888-995-HOPE (4673)**.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those accounts secured by property located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID399801




HP269 512

# EXHIBIT B

**WELLS FARGO HOME MORTGAGE**

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

April 21, 2014

Kevin E. Gilmore
955 Virginia Street
Berkeley, CA 94710

Subject:   Resolution to your inquiry received April 07, 2014, regarding loan number 0046432274

Dear Kevin Gilmore:

Addressing your concerns is important to us. I am responding to your recent correspondence on behalf of Wells Fargo Home Mortgage senior management.

### In your recent inquiry you requested the following information:

- Why are representatives at your company telling me this is a purchase loan?
- You cannot foreclose on my property because it is not a purchase.
- Why did force place insurance remain on my loan?
- What is the current status of my loan?

Responses are being provided below to the information you requested.

### Why are representatives at your company telling me this is a purchase loan?

According to the Adjustable Rate Mortgage Note (Note), your Note was executed through World Savings Bank, FSB. Please find enclosed a copy of the Note dated June 21, 2007. Through a series of name changes, the servicing of your mortgage loan was transferred from World Savings to Wachovia and then Wells Fargo Home Mortgage. Your mortgage loan was not purchased but originated by World Savings and transferred through a series of name changes. There was no sale of your loan to the previously mentioned entities.

### You cannot foreclose on my property because it is not a purchase.

We service your mortgage loan in accordance with the security instruments you signed at closing. Our records indicate that on September 23, 2013, the loan was referred to outside counsel to initiate foreclosure proceedings. This was a direct result of the loan being due for the December 15, 2010, through September 15, 2013, mortgage payments.

### Why did force place insurance remain on my loan?

We're writing in response to your recent inquiry about the above referenced mortgage. We received a similar request from you and sent a response dated February 24, 2014. For your reference, we've enclosed a copy of our response, which addresses the issues mentioned in the inquiry regarding lender placed insurance.

Gilmore
April 21, 2014
Page 2

Please also find enclosed copies of notices sent to your attention requesting proof of homeowner insurance prior to placing lender placed insurance on your mortgage loan effective June 22, 2008. If you have proof of homeowner insurance prior to June 22, 2008, you may submit to my attention via facsimile number 1-866-359-8259, and I will research any applicable refunds further.

### What is the current status of my loan?

As of the date of this letter, your mortgage loan is due for the December 15, 2010, through April 15, 2014, monthly installments. Foreclosure is active and a foreclosure sale date is currently scheduled for May 19, 2014. However, your mortgage loan is currently being reviewed for possible payment assistance, and you will want to continue working with Sarah Nuncio during the review process. Sarah can be reached at 1-877-371-9962, extension 84075.

### Going forward

If you have any additional questions or need clarification regarding the information provided in this letter, please contact me directly at 1-800-853-8516, extension 47871. I am available to assist you Monday through Friday, 8:30 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516 Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

*Todd Good*

Todd Good
Executive Mortgage Specialist
Customer Care and Recovery Group

Enclosure(s)

Wells Fargo Home Mortgage (WFHM) is required by the Fair Debt Collection Practices Act to inform you that, as your loan servicer, we are attempting to collect a debt, and any information obtained will be used for that purpose. However, if you have received a discharge from bankruptcy, and the loan was not reaffirmed in the bankruptcy case, WFHM will only exercise its rights against the property and is not attempting any act to collect the discharged debt from you personally.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

EX003/17Z/co991831/ge2075280