EDWARD A. TREDER
State Bar No. 116307
JAMES T. LEE
State Bar No. 110838
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
JamesL@BDFGroup.com
File No. 4415683

Attorneys for Defendant NDeX West, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. GILMORE,<br><br>                Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national bank; NDEX WEST, LLC, a Delaware limited liability company;  and DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO. C-14-02389(CW)<br><br>[PROPOSED] ORDER RE NON-MONETARY STATUS OF DEFENDANT NDeX WEST, LLC<br><br>[NO HEARING REQUIRED] |

Having read and considered the Stipulation re Non-Monetary Status of Defendant NDeX West, LLC, and good cause appearing, it is

ORDERED that the Stipulation re Non-Monetary Status of Defendant NDeX West, LLC is approved; and it is further

ORDERED that Defendant NDeX West, LLC shall have no liability to plaintiffs for any monetary damages, attorney's fees and/or costs of suit; and it is further

ORDERED that NDeX West, LLC shall be bound by any non-monetary judgment or order that may be entered by the Court concerning ownership and title to the subject real property, the validity, enforceability and priority of the subject Deed of Trust, and/or the non-judicial foreclosure proceeding;  plaintiff may have a right to seek to amend his

1  complaint to assert claims against NDeX West, LLC, should facts be discovered during the
2  course of this litigation that the acts/omissions of NDeX West, LLC caused or contributed to
3  the harm suffered by plaintiff. and it is further
4      ORDERED that Defendant NDeX West, LLC shall be deemed a nominal party to this
5  action, shall not be required to actively participate in further proceedings in the action and
6  shall be treated as a nonparty for discovery purposes.
7      **IT IS SO ORDERED.**

Dated: 8/21/2014

HON. CLAUDIA WILKEN
United States District Court Judge

[PROPOSED] ORDER RE NON-MONETARY STATUS OF DEFENDANT NDeX WEST, LLC
-2-