IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KEVIN GILMORE,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., a national bank; NDEX WEST, LLC, a Delaware limited liability company; and DOES 1-10, inclusive<br><br>    Defendants. | No. C 14-2389 CW<br><br>ORDER REGARDING SUPPORTING MATERIALS FOR UPCOMING MOTION TO WITHDRAW AS COUNSEL |

    Plaintiff Kevin Gilmore's counsel of record, David Pivtorak, of Pivtorak Law Firm (counsel), moves to withdraw from the above-referenced action.  The hearing on this matter is set for January 29, 2015.  In his papers, counsel stated the reason for his withdrawal was that he has "irreconcilable differences" with Plaintiff that make it "unreasonably difficult" for him to carry out his duties effectively.  Counsel did not, however, give the precise reasons for his motion, claiming that he is required to keep the specific facts which give rise to the motion confidential pursuant to California Business and Professions Code, the California Rules of Professional Conduct, and the attorney-client privilege.

    Although counsel offered to have an <u>in camera</u> hearing, the Court finds it more appropriate for counsel to submit this information under seal, if it is needed.  If Plaintiff wishes to oppose this motion, he may do so by submitting his opposition to

the Court and serving his opposition on his attorney no later than fourteen days of the date of this Order. He may submit this with a request that it be filed under seal pursuant to Local Rule 79-5. If Plaintiff files an opposition, counsel must file, within seven days of the date of that filing, a reply and a declaration containing his confidential reasons for moving to withdraw. He may move to file this under seal pursuant to Local Rule 79-5.

    The Court advises Plaintiff that, if the motion to withdraw is granted, he will need to find a new attorney or represent himself pro se. Plaintiff was previously granted leave to amend his complaint by December 29, 2014, but has not yet done so. The Court therefore advises Plaintiff that if counsel is allowed to withdraw, and he would like to file an amended complaint, he will have to do so within twenty-eight days of the date his counsel is allowed to withdraw.

    If Plaintiff proceeds pro se, he may wish to seek assistance from the Legal Help Center, with locations on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, in Room 2796, and on the 4th Floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, in Room 470S. Plaintiff may sign up for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation. The telephone number for scheduling an appointment with either location of the Legal Help Center is (415) 782-8982.

    The Clerk of the Court will mail a copy of this order to Plaintiff, and Plaintiff's counsel shall ensure that he received it. The Court shall take this motion under submission on the

2

papers.  The hearing previously noted for January 29, 2015 is vacated.

IT IS SO ORDERED.

Dated: January 14, 2015

CLAUDIA WILKEN
United States District Judge