IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GILMORE, | No. C 12-2389 CW |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| WELLS FARGO BANK, N.A., a national bank; NDEX WEST, LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

On March 23, 2015, Defendant Wells Fargo Bank, N.A., moved to enlarge the time for it to file a motion for summary judgment in this case. It requested to extend the deadline from April 7, 2015 to June 9, 2015.

Pursuant to Civil Local Rule 6-3(b), Plaintiff was required to file his opposition to the motion, if any, no later than four days after receiving the motion. As of March 30, 2015, Plaintiff has not done so.

However, because Plaintiff is pro se, the Court will grant him additional time to file his opposition. Plaintiff is ordered to respond to Wells Fargo's motion to enlarge time to file a summary judgment motion within four days of the receipt of this order, and no later than April 7, 2015. Plaintiff is advised that, if he fails to file an opposition, the Court is inclined to grant the motion.

1   The Clerk of the Court shall provide Plaintiff with a copy of
2   this order.
3
4   IT IS SO ORDERED.
5
6   Dated: March 30, 2015

    CLAUDIA WILKEN
    United States District Judge