IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN GILMORE,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., a national bank; NDEX WEST, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,

    Defendants.
_____/

No. C 14-2389 CW

ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE

On May 19, 2015, the Court granted Defendant Wells Fargo Bank, N.A. motion for judgment on the pleadings for Plaintiff's second, fourth and fifth causes of action as stated in his second amended complaint (2AC). See Docket No. 78. In that order, the Court stated that Wells Fargo's deadline for any motion for summary judgment on the 2AC's remaining causes of action (violation of the Homeowner's Bill of Rights and negligence) is due by June 9, 2015. The Court stated that Plaintiff must respond to the summary judgment motion within fourteen days of the date the motion is filed, and no later than June 23, 2015. The Court also set a hearing date for July 28, 2015 at 2:00 p.m. to hear the summary judgment motion and hold a case management conference.

Wells Fargo filed its motion for summary judgment on June 9, 2015. Accordingly, Plaintiff's response is due by June 23, 2015. The hearing and case management conference previously scheduled for July 28, 2015 is vacated and, if necessary, will be

rescheduled for July 30, 2015 at 2:00 p.m.  All other dates remain the same.

The Clerk of the Court shall provide Plaintiff with a copy of this order.

IT IS SO ORDERED.

Dated: 06/11/2015

CLAUDIA WILKEN
United States District Judge

2